JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRISTINIA MARTIROSYAN, ELEN AMIRYAN, <br><br>    Plaintiffs, <br><br>    v. <br><br>LORETTA E. LYNCH, Attorney General, JEH JOHNSON, Secretary of the Department of Homeland Security, LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services, USCIS, Does 1-10, <br><br>    Defendants. | Case No. 2:16-cv-4247-ODW-JEMx <br><br> ORDER [9] |
|---|---|

This matter came before the Court on Defendants' unopposed motion to dismiss the complaint for lack of subject-matter jurisdiction. The Court has carefully considered the pleadings of record and GRANTS Defendants' Motion to Dismiss.

IT IS SO ORDERED.

DATED: August 23, 2016   _____

Honorable Otis D. Wright II
United States District Judge